BUFFALO LOAN, TRUST AND SAFE DEPOSIT COMPANY, Respondent, *v.* ROSA MINGLE, as Executrix of SAMPSON Q. MINGLE, Deceased, Appellant.

*Buffalo Loan, Trust & S. D. Co.* v. *Mingle*, 119 App. Div. 917, affirmed.
(Argued December 2, 1908; decided December 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 17, 1907, affirming a judgment in favor of plaintiff

entered upon a decision of the court on trial at Special Term in an action upon contract.

*M. Casewell Heine* for appellant.

*Lincoln A. Groat* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. .